Steven J. Dedina (Bar No. 169663)
stevededina@aol.com
LAW OFFICES OF STEVEN J. DEDINA
35-900 Bob Hope Drive
Suite 215
Rancho Mirage, California 92270
Telephone: (760) 202-8600
Telecopier: (760) 202-8667

Attorneys for Defendants
TRT HOLDINGS, INC; GOLD'S GYM INTERNATIONAL, INC.; and
GOLD'S GYM FRANCHISING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAE-CHEL NIEVES-MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRT HOLDINGS, INC., D.B.A. GOLD'S GYM; GOLD'S GYM INTERNATIONAL, INC.; GOLD'S GYM FRANCHISING LLC, and, DOES 1-10,<br><br>Defendants. | CASE NO. 14-cv-2349<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT GOLD'S GYM INTERNATIONAL, INC.'S MOTION TO QUASH SERVICE AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:          January 26, 2015<br>Time:          2:00 p.m.<br>Courtroom: 2<br><br>Hon. Virginia A. Phillips |

- 1 -

**NOTICE OF LODGING [PROPOSED] ORDER**

1   PLEASE TAKE NOTICE that the attached document entitled [PROPOSED] ORDER
2   GRANTING DEFENDANT TRT HOLDINGS, INC.'S MOTION TO QUASH SERVICE AND
3   TO DISMISS FOR LACK OF PERSONAL JURISDICTION is hereby lodged with the Court
4   for the hearing on said motion, to be conducted on January 26, 2015, at 2:00 p.m.

Dated: December 29, 2014            LAW OFFICES OF STEVEN J. DEDINA

                                    By:   */s/ Steven J. Dedina
                                    _____
                                          Steven J. Dedina
                                          Attorney for Defendants
                                          TRT HOLDINGS, INC; GOLD'S GYM
                                          INTERNATIONAL, INC.; and
                                          GOLD'S GYM FRANCHISING LLC

Steven J. Dedina (Bar No. 169663)
stevededina@aol.com
LAW OFFICES OF STEVEN J. DEDINA
35-900 Bob Hope Drive
Suite 215
Rancho Mirage, California 92270
Telephone: (760) 202-8600
Telecopier: (760) 202-8667

Attorneys for Defendants
TRT HOLDINGS, INC; GOLD'S GYM INTERNATIONAL, INC.; and
GOLD'S GYM FRANCHISING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAE-CHEL NIEVES-MILLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TRT HOLDINGS, INC., D.B.A. GOLD'S GYM; GOLD'S GYM INTERNATIONAL, INC.; GOLD'S GYM FRANCHISING LLC, and, DOES 1-10,<br><br>    Defendants. | CASE NO. 14-cv-2349<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TRT HOLDINGS, INC.'S MOTION TO QUASH SERVICE AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    January 26, 2015<br>Time:    2:00 p.m.<br>Courtroom: 2<br><br>Hon. Virginia A. Phillips |

- 1 -

**[PROPOSED] ORDER**

LAW OFFICES OF STEVEN J. DEDINA
35-900 BOB HOPE DRIVE
SUITE 215
RANCHO MIRAGE, CALIFORNIA 92270

1  The motion of Defendant TRT HOLDINGS, INC. ("TRT") for an order quashing service of the first amended summons and dismissing TRT from the complaint based upon a lack of personal jurisdiction came on regularly for hearing on January 26, 2015, at 2:00 p.m. in Courtroom 2 of the above-entitled Court, the Honorable Virginia A. Phillips, presiding. Steven J. Dedina made a special appearance for TRT. Nathaniel Clark appeared on behalf of Plaintiff RAE-CHEL NIEVES-MILLER.

The court finds that California does not have general jurisdiction over TRT, and does not have specific jurisdiction with regard to the allegations contained in the complaint. The court finds there is no evidence to support plaintiff's contention that TRT made the alleged telephone calls described in the Complaint utilizing an automatic telephone dialing system or an artificial or prerecorded voice. The court further finds that TRT does not have sufficient contacts in California for it to be deemed "at home" for the purpose of finding general jurisdiction.

Wherefore, based upon the evidence presented to the court and for good cause,

IT IS ORDERED:

THE MOTION IS GRANTED. The first amended summons is quashed as to defendant TRT and defendant TRT is hereby dismissed from this action for lack of personal jurisdiction.

Dated: _____  _____
JUDGE OF THE DISTRICT COURT

**[PROPOSED] ORDER**