| | |
|---|---|
| Nathaniel Clark (SBN 276621) | Jo-Anna Nieves (SBN 276807) |
| *nathaniel.h.clark@gmail.com* | *info@thenieveslawfirm.com* |
| Seaton Tsai (SBN 271408) | 505 14th St., Ste. 406 |
| *seaton.tsai@gmail.com* | Oakland, CA 94612 |
| 1000 Wilshire Blvd. # 1750 | Telephone: (510) 588-8580 |
| Los Angeles, California 90017 | Facsimile: (877) 272-5339 |
| Telephone: (626) 673-5180 | |
| Facsimile: (213) 629-2725 | |

*Attorneys for Plaintiff*
*Rae-Chel Nieves-Miller*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAE-CHEL NIEVES-MILLER, an individual, | CASE NO. 14-cv-02349-VAP-KK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| GOLD'S GYM, INC.; GOLD'S GYM INTERNATIONAL, INC.; GOLD'S GYM FRANCHISING LLC; FITNESS ALLIANCE, LLC; and, DOES 1-8, | |
| Defendants. | |

///
///
///
///
///

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days to file a dismissal.

Jan. 20, 2015           By     */s/Nathaniel Clark*
                                Nathaniel Clark, Esq.
                                Jo-Anna Nieves, Esq.
                                Seaton Tsai, Esq.
                                *Attorney for Plaintiff Rae-Chel Nieves-Miller*