1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAE-CHEL NIEVES-MILLER, an individual, | CASE NO. 14-cv-02349-VAP-KK |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | Judge: Hon. Virginia A. Phillips |
| TRT HOLDINGS, INC., D.B.A. GOLD'S GYM; GOLD'S GYM INTERNATIONAL, INC.; GOLD'S GYM FRANCHISING LLC, and, DOES 1-10, | |
| Defendants. | |

The Court, having considered Plaintiff Rae-Chel Nieves Miller's request for dismissal under Rule 41(a)(2), hereby dismisses this entire action as to all defendants with prejudice.

DATE: 3 | 13 | 15

_____
Hon. Virginia A. Phillips